```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 20314
   ROBERT BRYANT
   THELMA ELIZABETH BRYANT                  CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-6341     SSN XXX-XX-9230
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 05/20/05 and confirmed on 07/08/05.

   2. The case was converted to Chapter 7 after confirmation, 05/22/2008.

   3. The Debtor paid a total of $  15431.72 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 2950.00 | 145.53 | 2950.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2176.48 | .00 | 2176.48 |
| GPO AMERICA ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T PHONE | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 106.00 | .00 | 72.48 |
| MCM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SOLUTIONS CORP | UNSECURED | 870.87 | .00 | 596.41 |
| SBC BANKRUPTCY DESK | UNSECURED | 409.10 | .00 | 280.17 |
| SPECIFIED CREDIT ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 534.35 | .00 | 365.94 |
| WELLS FARGO FINANCIAL IN | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 2818.06 | .00 | 2818.06 |
| ILLINOIS DEPT REVENUE | UNSECURED | 3131.42 | .00 | 2144.55 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 819.19 | .00 | 561.02 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2950.00 | 2176.48 | 8688.99 | .00 | 13815.47 |
| PRINCIPAL PAID | 2950.00 | 2176.48 | 6838.63 | .00 | 11965.11 |
| INTEREST PAID | 145.53 | .00 | .00 | .00 | 145.53 |
| TOTAL PAID | 3095.53 | 2176.48 | 6838.63 | .00 | 12110.64 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $    621.08 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                         /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE